**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Nicholas Shane Newell, Appellant.

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-345
Submitted May 1, 2012 – Filed June 6, 2012

**APPEAL DISMISSED**

Appellate Defender Robert M. Pachak, of Columbia, for Appellant.

Tommy Evans, Jr. and J. Benjamin Aplin, both of Columbia, for Respondent.

**PER CURIAM:** Nicholas Shane Newell appeals his probation revocation, arguing his due process rights were violated as the arrest warrant

does not indicate that he was provided a preliminary hearing upon his arrest. After a thorough review of the record and counsel's brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.